PHILIP THOMAS, an Infant, by HARRY THOMAS, His Guardian ad Litem, et al., Appellants, *v.* BECK BROTHERS LAND CORPORATION, Respondent.

Submitted January 6, 1941; decided January 16, 1941.

*Robert G. Peters* for motion.

No one opposed.

Motion granted.

ADELE MAHER, as Executrix of WILLIAM J. BYRNES, Deceased, Appellant, *v.* MARY J. BYRNES, Respondent.

Submitted January 6, 1941; decided January 16, 1941.

*James V. Kilroe* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.